Approved: _____
DAVID R. FELTON
Assistant United States Attorney

Before:   THE HONORABLE JUDITH C. McCARTHY
          United States Magistrate Judge
          Southern District of New York

- - - - - - - - - - - - - - - - - - - x    19 mag 8585

UNITED STATES OF AMERICA                :    **COMPLAINT**

          - v. -                        :    Violations of
                                             18 U.S.C. §§ 922(g)(1)
KASSEM HARRIS,                          :    and 2
a/k/a "Kaseem Harris,"
                                        :    COUNTY OF OFFENSE:
                    Defendant.               WESTCHESTER

- - - - - - - - - - - - - - - - - - - x


SOUTHERN DISTRICT OF NEW YORK, ss.:

        Mark J. Vere, being duly sworn, deposes and says that he
is a Special Agent with the Federal Bureau of Investigation
("FBI"), and charges as follows:

                            COUNT ONE

        1.    On or about September 12, 2019, in the Southern
District of New York, KASSEM HARRIS, a/k/a "Kaseem Harris," the
defendant, knowing that he had previously been convicted in a court
of a crime punishable by imprisonment for a term exceeding one
year, knowingly and intentionally did possess, in and affecting
commerce, ammunition, to wit: five bullets (the "Ammunition"),
which were loaded in an H&R Arms Company H&R 922 firearm (the "H&R
922"); the Ammunition having been previously shipped and
transported in interstate and foreign commerce.

        (Title 18, United States Code, Sections 922(g)(1) and 2.)

        The bases for my knowledge and for the foregoing charge
are, in part, as follows:

        2.    I am a Special Agent with the FBI, and I have been
personally involved in the investigation of this matter.  This
affidavit is based upon my personal participation in the
investigation of this matter, my conversations with law

2

enforcement agents, as well as my examination of reports and records.  Because this affidavit is being submitted for the limited purpose of establishing probable cause, it does not include all the facts that I have learned during the course of my investigation.  Where the contents of documents and the actions, statements and conversations of others are reported herein, they are reported in substance and in part.

3.    On or about September 12, 2019, I reviewed biographical information and a photograph of KASSEM HARRIS, a/k/a "Kaseem Harris," the defendant, in a database maintained by law enforcement.  This database lists four addresses for HARRIS, with the first of these addresses listed as 238 South 3rd Avenue 5 in Mt. Vernon, New York (the "Residence").

4.    Based on my communications with a United States Probation Officer ("Officer-1") and Officer-1's September 12, 2019 search of the Residence, I know that:

a.    KASSEM HARRIS, a/k/a "Kaseem Harris," the defendant, is on supervised release and being supervised by the United States Probation Office.

b.    The United States Probation Office's records indicate that HARRIS resides at the Residence.

c.    On or about September 12, 2019 at approximately 6:05 a.m., Officer-1 and another United States Probation Officer ("Officer-2") conducted a search of the Residence.

d.    Officer-1 and Officer-2 knocked on a bedroom door in the rear of the Residence and entered the bedroom (the "Bedroom").

e.    Officer-1 and Officer-2 observed HARRIS sleeping on a mattress in the Bedroom.  No other individuals were present in the Bedroom.

f.    Officer-1 and Officer-2 identified themselves and asked HARRIS for his name.  HARRIS replied "Kassem."  HARRIS was then moved into the hallway and advised that he was being detained with a search to be conducted pursuant to his supervised release search conditions.

3

g.   HARRIS stated that the Bedroom was his sister's but said that his belongings were in the Bedroom, as well as in the closet in the hallway.

h.   Officer-1 searched a black backpack that was hanging on a closest door in the Bedroom where HARRIS was found.   A search of this backpack produced the H&R 922.   An analysis of this firearm showed that it was loaded with the Ammunition.

5.   On or about September 12, 2019, after Officer-1 recovered the H&R 922 and the Ammunition, along with a detective in the Port Chester Police Department ("Detective-1"), I interviewed KASSEM HARRIS, a/k/a "Kaseem Harris," the defendant. At the outset of the interview, I informed HARRIS of his *Miranda* rights.   HARRIS waived his rights and agreed to speak to law enforcement.   During the interview, HARRIS stated the following, in substance and in part:

a.   He possessed the recovered firearm and the Ammunition.

b.   He purchased the recovered firearm approximately three weeks ago for protection.

6.   As part of my investigation of this matter, I have been informed by an agent ("Agent-1") of the United States Bureau of Alcohol, Tobacco and Firearms ("ATF"), which has data on the manufacturing of ammunition and firearms, that the Ammunition discovered in the H&R 922 was not manufactured in the State of New York.

7.   I have observed a photograph of the H&R 922 and, on the barrel of the H&R 922, it says "WORCESTER, MA."

8.   I have reviewed criminal history records pertaining to KASSEM HARRIS, a/k/a "Kaseem Harris," the defendant, and learned that HARRIS was convicted on or about February 27, 2015, in the United States District Court for the Southern District of New York, of interference with commerce by threat or violence, in violation of Title 18 United States Code Section 1951, which is a felony punishable by imprisonment for more than one year. Based on my review of the criminal history records, I am aware that HARRIS was sentenced, on or about June 5, 2015, to three years' imprisonment and a three year term of supervised release, which includes a condition that HARRIS shall not possess a firearm or ammunition.

4

WHEREFORE, deponent respectfully requests that KASSEM HARRIS, a/k/a "Kaseem Harris," the defendant, be imprisoned or bailed, as the case may be.

MARK J. VERE
Special Agent
Federal Bureau of Investigation


Sworn to before me this
12th day of September, 2019


THE HONORABLE JUDITH C. McCARTHY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF NEW YORK